# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

BRIAN K. SHELTON

Case Number: 09-CV-151

v.

MUKWONAGO AREA SCHOOL DISTRICT,
MUKWONAGO HIGH SCHOOL,
MUKWONAGO AREA SCHOOL DISTRICT
BOARD OF EDUCATION, PAUL WYSOCKI,
JOHN BULARZ, TOM BROWN, TODD CLEMENS,
RODELL SINGERT, LOREN TIEMAN, ART SCHNEIDER,
KURT KAESERMANN, DALE L. HENRY,
PAUL A. STROBEL, and MARY KAY SHELTON

**Decision by Court.** This action came on for consideration before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that plaintiff's Pro Se Complaint (Docket #1) be and the same is hereby **DISMISSED** with prejudice; and

**IT IS FURTHER ORDERED AND ADJUDGED** that plaintiff's Motion for Leave to Proceed in forma pauperis (Docket #2) be and the same is hereby **DENIED** as moot; and

**IT IS FURTHER ORDERED AND ADJUDGED** that plaintiff's Motion for Temporary Restraining Order (Docket #3) be and the same is hereby **DENIED** as moot.

APPROVED:

J.P. Stadtmueller
U.S. District Judge

JON W. SANFILIPPO
Clerk of Court

February 27, 2009
Date

s/Nancy A. Monzingo
By: Deputy Clerk